# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 25, 2007*

[Cite as *05/25/2007 Case Announcements,* 2007-Ohio-2530.]

## MOTION AND PROCEDURAL RULINGS

**2003–1572.   State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 21, 2007, appellant filed a motion for leave to file a valid complaint in mandamus and/or procedendo instanter.
    It is ordered by the court that the motion is denied.

**2003–1572.   State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 21, 2007, appellant filed a motion for leave to file documentation in support of valid complaint in mandamus and/or procedendo instanter.
    It is ordered by the court that the motion is denied.

**2007–0570.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission No. 06–1002–TP–BLS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene of Cincinnati Bell Telephone Company, L.L.C.,
    It is ordered by the court that the motion is granted.

**2007–0659.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public App. No. 06–1013–TP–BLS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of AT&T Ohio for leave to intervene as appellee,
    It is ordered by the court that the motion is granted.

**2007–0776.   State ex rel. Biehle v. Perz.**
In Mandamus. This cause originated in the court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint motion to withdraw relator's motion for attorney's fees and costs,
    It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2007–0553.   Edwards v. Southeast Local School Dist. Bd. of Edn.**
Portage App. No. 2005–P–0057, 2007-Ohio-585. This cause is pending before the court as an appeal from the Court of Appeals for Portage County. Upon consideration of appellant's application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2007–0877.   State ex rel. L.P. Cavett Co. v. Indus. Comm.
Franklin App. No. 06AP–345.

2007–0888.   State ex rel. DaimlerChrysler Corp. v. Indus. Comm.
Franklin App. No. 06AP–387, 2007-Ohio-1498.

2007–0896.   Knickerbocker Properties Inc. XLII v. Delaware Cty. Bd. of Revision.
Board of Tax Appeals, No. 2005–B–730.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–0615.   Rhodes v. Hamilton Cty. Bd. of Revision.
Board of Tax Appeals, No. 2005–M–1098.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## May 31, 2007

[Cite as *05/31/2007 Case Announcements*, 2007-Ohio-2622.]

## MOTION AND PROCEDURAL RULINGS

2003–1572.   State ex rel. Howard v. Indus. Comm.
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 29, 2007, appellant filed a motion for leave to file the attached memorandum in support of reconsideration of this court's denial of application for leave to file a valid action against Judge John F. Bender in this court, instanter,

It is ordered by the court that the motion is denied.

2003–1572.   State ex rel. Howard v. Indus. Comm.
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 24, 2007, appellant filed a motion for leave to file the attached memorandum in support of why this court should be held in contempt of court.

It is ordered by the court that the motion is denied.

2006–1606.   State v. Jones.
Mahoning App. No. 05–MA–69, 2006-Ohio-3636. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of the joint motion of appellant state of Ohio and amicus curiae Ohio Attorney General Marc Dann to participate in oral argument,

It is ordered by the court that the motion is granted, and the amicus curiae shall share the time allotted to appellant.

2006–1851.   State v. Jones.
Mahoning App. No. 05–MA–69, 2006-Ohio-3636. This cause is pending before the court on the certification of a conflict from the Court of Appeals for Mahoning County. Upon consideration of the joint motion of appellant state of Ohio and amicus curiae Ohio Attorney General Marc Dann to participate in oral argument,

It is ordered by the court that the motion is granted, and the amicus curiae shall share the time allotted to appellant.

2007–0842.   State ex rel. Pesci v. Lucci.
Lake App. No. 2006–L–112, 2007-Ohio-1547. This cause is pending before the court as an appeal from the Court of Appeals for Lake County. Upon consideration of appellant's motion for appointment of counsel,

It is ordered by the court that the motion is denied.